UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-220-2D

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| ISIAH KIRKMAN | |

UPON MOTION by the Defendant, Isiah Kirkman, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 63 be sealed by this Court.

It is FURTHER ORDERED that a copy of the sealed Docket Entry Number 63 be disseminated to the United States Attorney's Office.

IT IS SO ORDERED.

This **28** day of **April**, 2018.

JAMES C. DEVER, III
Chief United States District Judge