IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-00220-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISIAH KIRKMAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on motion of the United States to seal its response to Defendant's Motion for Compassionate Release in the above-referenced case. The filing contains sensitive information as well as sensitive medical information, and Defendant's right to privacy outweighs the public's right to access the documents. For good cause shown, the Court GRANTS the United States' motion to seal. The government's response to defendant's motion for compassionate release is hereby ORDERED sealed until further order of the Court. The Clerk of Court is directed to provide a copy of the sealed document to the United States and to Defendant.

SO ORDERED this 5 day of October, 2021.

JAMES C. DEVER III
United States District Judge